LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR. S-04-0393 LKK |
|---|---|
| Plaintiff, | ORDER FOR EARLY TERMINATION OF PROBATION |
| v. | |
| SWEEDA KAZEMI, | HON. LAWRENCE K. KARLTON DPT. 4, 15th Floor |
| Defendant, | |

This matter having come on before me by Stipulation and good cause appearing therefore,

IT IS ORDERED THAT: SWEEDA KAZEMI be discharged from her probation on September 1, 2006, a date prior to the expiration date set at her Sentencing Hearing and that the proceedings in the case against her be terminated.

Dated:  September 5, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/ / /

1