LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SWEEDA KAZEMI,<br><br>　　　　　　　Defendant, | No. CR. S-04-0393 LKK<br><br>ORDER FOR RETURN OF DEFENDANT'S PASSPORT<br><br>HON. LAWRENCE K. KARLTON<br>DPT. 4, 15th Floor |

　　　This matter having come on before me and good cause appearing therefore,

　　　IT IS ORDERED THAT: The United States Passport issued to SWEEDA KAZEMI shall be released to her forthwith.

Dated:  June 21, 2007

　　　　　　　　　　　　　　　　　　　　　_/s/ Lawrence K. Karlton_
　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

/ / /

1